Feb. 06, 2015

Joel Garza #1837353
Terrell Unit
1300 FM 655
Rosharon, TX 77583

Court of Criminal Appeals
CLERK
P. O. Box 12308, Capitol Station
Austin, TX 78711

Re: Ex Parte Joel Garza, Case No.: WR- _81,650-01_

Trial Court Cause No.: C-2-010209 - 1256110-A

Dear Clerk:

Pursuant to Texas Rules of Appellate Procedure, Applicant hereby provides the court with notice of change of address. Applicant, Joel Garza previously resided at the:

Gurney Unit, TDCJ-ID

1385 FM 3328

Palestine, Texas 75803

Applicant was transferred to another TDCJ-ID unit, where he now resides at:

Terrell Unit, TDCJ-ID

1300 FM 655

Rosharon, TX 77583

Applicant would further request the status of his case, if any change has occurred. Thank you for your assistance.

Respectfully submitted,

*Joel Garza*

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk